STATE OF NEW JERSEY v. ROBERT DAVIS.

February 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER COBB.

February 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MEROLA.

February 2, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 108)

STATE OF NEW JERSEY v. WILLIAM G. HUNT.

February 2, 1987.

Petition for certification denied.